**744 CASPER vs. CIRCUIT JUDGE (Kent), 45 M., 251.**

To vacate a judgment in replevin.

Denied January 12, 1881.

Barber held two chattel mortgages given by relator and placed them in the hands of Marsh, a constable, for collection. Marsh took possession of the property, but before sale relator brought replevin. Barber appeared for defendant Marsh, and thereafter Marsh and Casper, the latter by attorneys, entered into a written stipulation, that the replevin suit be dismissed and discontinued without judgment for the return or value of the property and without costs to either party. All these facts having been shown to the Circuit Court, where said replevin suit was pending, that court proceeded with the cause and judgment was rendered in favor of the defendant therein, according to his special interest in the property under the mortgages.

**745 FLAGG vs. CIRCUIT JUDGE (St. Clair), No. 12498.**

To compel vacation of order setting aside judgment.

Denied February 3, 1892, without costs.

The case was tried in the thirty-first circuit, before the circuit judge of the sixteenth circuit, the judge of the former circuit being disqualified. In the absence of the attorneys for defendant, plaintiffs moved for judgment before the judge of the thirty-first circuit, and the same was entered, but afterwards the same judge, of his own motion, set aside the judgment entered, allowing the verdict to stand.